# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


| | | |
|---|---|---|
| **MARLON GOODWIN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **1:10CV679** |
| | ) | |
| **ALVIN W. KELLER,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

On June 6, 2013, the Magistrate Judge issued a Memorandum Opinion and Recommendation that Petitioner's Motion to Reverse Judgment (Doc. # 47) be denied. The Magistrate Judge's Memorandum Opinion and Recommendation was mailed to Petitioner on that same date. Petitioner filed Objections to the Magistrate Judge's Recommendation within the time limits prescribed by 28 U.S.C. § 636. (Doc. # 53).

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection is made and has made a *de novo* determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Respondent's Motion to Reverse Judgment (Doc. # 47) is denied.

This the 28th day of March, 2014.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge
